# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## GREAT FALLS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **CR 18-24-GF-BMM** |
| **Plaintiff,** | |
| **vs.** | **ORDER** |
| **GREGORY GEORGE DENNY,** | |
| **Defendant.** | |

Upon motion of the United States and for good cause shown,

IT IS ORDERED that Count III of the Superseding Indictment is dismissed against Gregory George Denny with prejudice.

DATED this 10th day of December 2019.

_____
Brian Morris
United States District Court Judge